STERN, ADLER & WEINSTEIN, LLP.
1025 Old Country Road, Suite 305
Westbury, New York 11590
(516) 876-1106
Attorneys for Plaintiffs
Shalom S. Cohen individually and on behalf of
the Members of SAGDIANA, LLC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Shalom S. Cohen Individually and on behalf of the Members of Sagdiana, LLC.,

                     Plaintiffs,

      -against-

Boris Mallayev, Moshe Ishakov, Nelly Ishakov, Ester Tzegaegbe, SAGDIANA, LLC., Charles I. Pollack, Esq., Segal, Fryer, Shuster & Lester, P.C. and Mikhail Mallayev

                     Defendants.

CIVIL ACTION NO.: CV-06-4830

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**

---

      Plaintiffs notify the Court that, with no answers or motions for summary judgment having been filed, Plaintiffs hereby dismiss this action without prejudice pursuant to F.R.C.P. 41(a)(1).

Dated:    Westbury, New York
            January 19, 2007

                            Stern, Adler & Weinstein, LLP.


                            _____

                            By:  Steven M. Weinstein, Esq. (SMW8353)
                            Attorney for **Plaintiffs**
                            Shalom S. **Cohen** individually and on behalf of
                            the Members of SAGDIANA, LLC.
                            1025 Old Country Road, Suite 305
                            Westbury, New York 11590
                            (516) 876-1106

*So ordered.*  s/Allyne R. Ross

                                          U.S.D.J.

ATL 326046v2

2